IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 06-21637-CIV-MOORE/WHITE

ORESTES DESOTO,

    Movant,

vs.

UNITED STATES OF AMERICA,

    Respondent.

_____/

**CLOSED CIVIL CASE**

## ORDER ADOPTING REPORT OF MAGISTRATE JUDGE; DENYING § 2255 PETITION

THIS CAUSE came before the Court upon the pro se Movant, Orestes Desoto's, Motion to Vacate Sentence pursuant to 28 U.S.C. § 2255 (DE # 1).

THIS MATTER was referred to the Honorable Patrick A. White, United States Magistrate Judge. Magistrate Judge White issued a Report and Recommendation dated January 31, 2007 (DE # 14), recommending that the Motion to Vacate Sentence be denied. Movant filed an Objection to the Report and Recommendation on March 14, 2007 (DE # 17).

UPON CONSIDERATION of the motion, and after a *de novo* review of the record, and being otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED that Magistrate Judge White's Report and Recommendation (DE # 21) is ADOPTED. The pro se Movant, Orestes Desoto's, Motion to Vacate Sentence pursuant to 28 U.S.C. § 2255 (DE # 1) is DENIED for the reasons articulated in Magistrate Judge White's Report and Recommendation.

DONE AND ORDERED in Chambers at Miami, Florida, this ___ day of March, 2007.

K. MICHAEL MOORE
UNITED STATES DISTRICT JUDGE

cc:    Magistrate Judge White

All counsel of record

Orestes Desoto *pro se*
Reg. No. 67896-004
FCC- Coleman (Medium)
PO Box 1032
Coleman, FL 33521-1032